

6

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MR. DERRICK LEE CARDELLO-SMITH, #267009,**
**PLAINTIFF,**

VS

Case: 2:21-cv-11489
Judge: Steeh, George Caram
MJ: Morris, Patricia T.
Filed: 06-17-2021 At 11:57 AM
PRIS DERRICK CARDELLO-SMITH V GOOGLE LLC ET AL (SS)

**GOOGLE LLC,**
**GOOGLE, INC,**
**SUNDAR PICHAI,** CHIEF EXECUTIVE OFFICER,
**ALPHABET INC,**, Formerly GOOGLE INC,
**SERGEY BRIN,** Founder of GOOGLE INC,LLC,
LARRY PAGE, Founder of Google INC,LLC,
BING MICROSOFT CORPORATION,
BING LLC,
BING INC,
SATYA NADLLA, Cheif Executive Officer,
DEVANA UNIS ASSISTANT U.S. ATTORNEY
DEVANA UNIS, ASSISTANT PROSECUTING ATTORNEY-WAYNE COUNTY,
PATRICIA PENMAN-WAYNE COUNTY SHERIFF'S DEPUTY,
PATRICIA PENMAN-EX GIRLFRIEND OF PLAINTIFF,
CHEATERS AND BASTARDS.COM,
CHEATERS AND BASTARDS.COM.LLC.INC,
WHOISPROVACY CORPORATION,
BRAD-NS-CLOUDFARE.COM
MONA-NS-CLOUDFARE.COM
LIARSCHEATERSANDBASTARDS.COM.
LIARSCHEATERSANDBASTARDS.INC/LLC
CHEATER AND BASTARDS.COM.LLC.INC.
DOMAIN ADMINISTRATION-CHEATERS AND BASTARDS.COM/LLC/INC.CORP.
LIARS CHEATERS AND BASTARDS AS A WEBSITE, ONLINE PLATFORM AND ALL MATTERS OF BUSINESS,
WWW.CHEATERS AND BASTARDS.COM.INC.LLC.CORPORATION,
WWW. LIARS CHEATERS AND BASTARDS.COM.LLC.INC.CORP.
WHO IS PRIVACY.COM
JULIETTE BIRD,
HEATHER LYNN NIELSEN,
MICHIGAN DEPARTMENT OF CORRECTIONS,
EMPLOYEES OF THE MICHIGAN DEPARTMENT OF CORRECTIONS,
CENTRAL OFFICE OF THE MDOC,
EMPLOYEES OF THE MDOC,
MUSKEGON CORRECTIONAL FACILITY EMPLOYEES/CORRECTIONS OFFICERS,
MUSKEGON CORRECTIONAL FACILITY ADMINISTRATIVE OFFICERS/EMPLOYEES TO BE NAMED,

EMPLOYEES OF LANSING, MICHIGAN OF THE DEP'T OF CORRECTIONS,
DEFENDANTS (ET AL),
_______________________________/

DEFENDANTS ADDRESS
LIARCH CHEATERS AND BASTARDS
CHEATERS AND BASTARDS
WHO IS PRIVACY INC



POOR QUALITY ORIGINAL

CHEATERS AND BASTARDS.COM
LIARS CHEATERS AND BASTARDS
WHO IS PRIVACY INC, LLC,CORPORATION,
96 MOWAT AVENUE
TORONTO, ONTARIO
M6K 3M1 CANADA
WHO IS PRIVACY CORPORATION.
OCEAN CENTRE, MONTAGUE FORESHORE
EAST BAY STREET
NASSAU-NEW PROVIDENCE---BAHAMAS
BING MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMON, WASHINGTON, 98052-6399
GOOGLE LLC-
SUNDAR PICHAI-CEO
SATYA NADELLA-CEO

1600 AMPHITHEATRE PARKWAY
MOUNTAIN VIEW, CALIFORNIA 94043

PRISONER CIVIL RIGHTS COMPLAINT
FILED UNDER 42 U.S.C § 1983

THIS COMPLAINT IS BEING FILED BY THE PLAINTIFF, DERRICK LEE CARDELLO-SMITH AND AGAINST THE NAMED DEFENDANTS IN THE ABOVE CAUSE FOR VIOLATIONS OF THE RIGHT OF THE PLAINTIFF AND THE CONTINUED RIGHTS VIOLATIONS OF THE PLAINTIFF AND IS BEING FILED IN THIS COURT AS A COURT OF ORIGINAL JURISDICTION AND DONE FOR FOR THE SOLE PURPOSE OF STATING THE CLAIMS AGAINST THE DEFENDANTS WHICH WILL BE DETAILED IN THE BRIEF IN SUPPORT BUT SUMMARIZED IN THE BELOW CASE COMPLAINT.

**DEMAND FOR JURY TRIAL**

PLAINTIFF HEREBY STATES THE DEMAND FOR A JURY TRIAL ON THE CLAIMS TO BE RAISED IN THIS COMPLAINT.

**MONETARY, PUNITIVE, COMPENSATORY DAMAGES SOUGHT**

PLAINTIFF DERRICK LEE CARDELLO-SMITH HEREBY NOTIFIES THE COURT AND THE DEFENDANTS THAT PLAINTIFFS SEEKS TO HAVE A TOTAL OF **$250,000,000.00 (TWO HUNDRED-FIFTY-MILLION DOLLARS)** ENTERED AGAINST THE DEFENDANTS IN FAVOR OF THE PLAINTIFF DERRICK LEE CARDELLO-SMITH, IN THE ABOVE CAUSE AND THAT THE AMOUNTS ARE ENTERED AGAINST THE DEFENDANTS JOINTLY, INDIVIDUALLY, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AND THAT SAID JUDGEMENT IS AWARDED TO AND ENTERED AGAINST THE DEFENDANTS IN THE ABOVE CAUSE AND TO HAVE IT ENTERED IN THE WAY OF COMPENSATORY, PUNITIVE AND MONETARY DAMAGES FOR THE CLAIMS PRESENTED WITHIN THE COMPLAINT.

**CLAIMS AGAINST THE DEFENDANTS**

PLAINTIFF STATES THAT HE CLAIMS AGAINST THE DEFENDANTS ARE AS FOLLOWS:THE DEFENDANTS EACH WORKED TO DEFAME, HARASS, DISPARAGE, DESTROY, AND INTIMIDATE THE GOOD NAME OF THE PLAINTIFF BY THE DEFENDANTS EACH PRETENDING TO BE AN EX-GIRFRIEND OF THE PLAINTIFF (SPECIFICALLY, HEATHER LYNN NIELSEN, JULIETTE BIRD, DEVANA UNIS, PATRICIA PENMAN) AND THEY, WORKING TOGETHER TO CREATE A WEBSITE CALLED "LIARS CHEATERS AND



BASTARDS.COM--""CHEATERS AND BASTARDS.COM." LIARS CHEATERS AND BASTARDS LLC, CHEATERS AND BASTARDS LLC,---WHO IS PROVACY.INC, LLC AND CORPORATION.--CHEATERS AND BASTARDS--DOMAIN ADMINISTRATION.COM--WHO IS PRIVACY.COM---"

THE DEFENDANTS EACH OPERATED, CONTROLLED, RAN, OWN, WORKED WITH, ONE BEHALF OF OR OPERATED WITH THE EXPRESS PERMISSION OF AND FUNDING MY THE DEFENDANTS OF BRAD AND MONA--NS CLOUDFARE.COM AND WHOISPRIVACY.COM--AND AS AN ENTITY, CORPORATION, INCORPORATED, BY THIRD PARTY, FORTH PARTY OF OTHER HOLDING COMPANY AND OPERATED UNDER THE REGISTRANT NAME AS CITED IN THE CAPTION OF THE CASE ITSELF AND AS A PARTIES IN COMPLAINT HEREIN--DEFENDANTS UNIS, NIELSEN, PENMAN AND BIRD EACH USED TO DATE THE PLAINTIFF AND WERE UPSET THAT THE PLAINTIFF DID NOT CONTINUE WITH A RELATIONSHIP WITH EACH PERSON AND STARTED A WEBSITE KNOWN AS LIARS CHEATERS AND BASTARDS AND CHEATERS AND BASTARDS AND PLACED POSTS UP ABOUT THE PLAINTIFFS THAT WERE MEANT TO DESTROY THE PLAINTIFFS CHARACTER, GOOD NAME, STATUS, PERSONAL REPUTATION, CAREER, EMPLOYABILITY SKILLS, RELATIONSHIP STATUS AND MULTIPLE OTHER AREAS OF MY LIFE THAT HAS BEEN DESTROYED BY THE ONLINE POSTS DONE BY THE DEFENDANTS NIELSEN, BIRD, MONA, BRAD, PENMAN AND UNIS, ALL FOR THE PURPOSES OF THEM PLACING LIES ON THE POSTS AND WEBSITES KNOWN AS "CHEATERS AND BASTARDS" "LIARS CHEATERS AND BASTARDS."

THE PLACING OF THESE NAMES ON THE SITE HAS DESTROYED THIS PLAINTIFFS GOOD NAME AND CAREER AND REPUTATION AND INTERFERED WITH THE PLAINTIFFS LIFE AND EVERYTHING THAT COULD BE DONE FOR THE SOLE PURPOSE OF GETTING REVENGE ON THE DEFENDANT BECAUSE THE DEFENDANT BROKE OFF RELATIONSHIPS WITH THEM.

BRAD AND MONA CREATED AND OWN A COMPANY CALLED- "WHO IS PROVACY.COM" AND AS SUCH, THE PLAINTIFF STATES THAT THE DEFENDANTS PURPOSEFULLY, INTENTIONALLY, DELIBERATELY AND WILLINGLY WORKED TO DESTROY THE PLAINTIFFS REPUTATION BY PLACING LIES ON THE SITES THEY CREATED AND IT HAS DESTROYED THIS PLAINTIFFS REPUTATION, GOOD NAME AND SO MANY OTHER AREAS AND HAS AFFECTED THE PLAINTIFF EMOTIONALLY AND IN SO MANY WAYS IMAGINABLE.

THE STAFF, OWNERS AND CREATORS OF CLOUDFARE.COM ENABLED, CONTROLLED AND KEPT THE SITES OF LIARS CHEATERS AND BASTARDS RUNNING, FOR THE SOLE PURPOSE OF DESTROYING THE PLAINTIFFS CAREER, REPUTATION AND LIFE AND ONLY DID SO OUT OF ANGER AND REVENGE BECAUSE THE PLAINTIFF DID NOT WANT TO ENTER INTO A RELATIONSHIP WITH THE DEFENDANTS AND THEY WERE PAID BY THE DEFENDANTS FOR SAID HOLDING OF THE SITES.

NUMEROUS MICHIGAN DEPARTMENT OF CORRECTIONS EMPLOYEES AND ADMINISTRATIVE WORKERS EMPLOYED AT THE MUSKEGON CORRECTIONAL FACILITY, CENTRAL OFFICE IN LANSING, MICHIGAN, ERNEST C. BROOKS CORRECTIONAL FACILITY HAVE WORKED AND CONTINUE TO WORK WITH THE HOLDERS AND CREATORS OF CHEATERS AND BASTARDS BY THEIR ACTIVE ACTIONS OF REPORTING DIRECTLY TO THE DEFENDANTS ABOUT HOW THEY HAVE PLACED THE WRONG INFORMATION ON THE DEFENDANTS MICHIGAN DEPARTMENT OF CORRECTIONS WEBSITE KNOWN AS (OTIS OFFENDER TRACKING INFORMATION SYSTEM) AND PUTTING THE WRONG INFORMATION ON THE PLAINTIFFS ACTIVE SENTENCE AND PAST SENTENCE INFORMATION WHICH IS INCORRECT AND FALSE AND THE BASIS FOR THE CHEATERS AND BASTARDS.COM POSTS. WHICH IS AS FOLLOWS-- THE PLAINTIFF WAS SENTENCED TO STATE PRISON FOR 25 YEARS TO LIFE FOR THE SECOND-DEGREE MURDER WHEN THE PLAINTIFF AND

HIS EX-FIANCEE WERE ATTACKED BY THREE MEN OUTSIDE OF A MOVIE THEATRE IN 1997 AND PLAINTIFF DEFENDED HIMSELF AND HIS FIANCEE WHEN HE FOUGHT ALL THREE MEN OFF AND ONE PULLED A KNIFE OUT AND ATTACKED PLAINTIFFS FIANCEE AND WAS GOING TO STAB HER AND INSTEAD, PLAINTIFF, HAVING HAD EXTENSIVE TRAINING IN HAND TO HAND COMBAT FROM HIS 3 YEARS IN THE UNITED STATES ARMED FORCES IN 1990-1993 AND PLAINTI[illegible] FOUGHT ALL THREE MEN AND ONE DIED AND PLAINTIFF WAS SENT TO STATE PRISON.......ALL FOR PROTECTING HIS FIANCEE WHO DID NOT LIKE INTERRACIAL COUPLES, AND, PLACED LIES ON THEIR SITE...BECAUSE ONE OF THE MEN WHO DIED WAS RELATED TO ONE OF THE DEFENDANTS WHO ARE EMPLOYED WITHIN THE MDOC AND IT WAS HIS WAY OF GETTING REVENGE UPON THE PLAINTIFF FOR SAID CRIMINAL HISTORY.

PLAINTIFF CONTACTED ALL THE DEFENDANTS AND ASKED THEM TO REMOVE THE INCORRECT INFORMATION ON IT'S SITE AND LISTED THE PLAINTIFF AS ONLY HAVING CRIMINAL SEXUAL CONDUCT AND NOT THE PROTECTING OF HIS EX-FIANCEE WHEN THAT IS WHAT HAPPENED AND ALL BECAUSE THEY WANTED REVENGE UPON THE PLAINTIFF FOR THE HISTORY OF THE INFORMATION DESCRIBED ABOVE.

DEFENDANTS GOOGLE, BING MICROSOFT, ALPHABET INC, GOOGLE LLC, GOOGLE INC, BING INC, BING LLC AND ALL DEFENDANTS LISTED HEREIN WERE CONTACTED BY THE PLAINTIFF TO HAVE THE SITE REMOVED FROM IT'S SEARCH ENGINES AND TO HAVE IT COMPLETELY REMOVED AS A PLATFORM AND NO AMOUNT OF COMMUNICATION HAS BEEN MET WITH ANY RESPONSES AS THAT PLAINTIFF CONTACTED THE COMPANIES DIRECTLY AND NOT ONE PERSON EVER CONTACTED THE PLAINTIFF BACK AND THAT ITSELF SHOWS THAT THE DEFENDANTS HAVE BEEN ABLE TO KEEP THE SITES UP AND WEB DOMAINS UP AND ALL TO DESTROY THE PLAINTIFFS GOOD NAME AND REPUTATION AND IT HAS IN FACT RESULTED IN THE VIOLATIONS OF THIS PLAINTIFFS RIGHTS.

THE DEFENDANT GOOGLE, BING, ALPHABET INC ALL HAVE THE ACCESS TO THESE SITES THAT ARE LISTED ON THEIR PLATFORMS AND AS SUCH, THE DEFENDANTS COULD HAVE SPECIFICALLY REMOVED THESE PLATFORMS AND SHUT DOWN THESE SITES AND CHOSE NOT TO AND IT HAS IN FACT DEPRIVED THE PLAINTIFF OF HIS RIGHTS AND AS SUCH, THE DEFENDANTS ARE WHOLLY, COMPLETELY, AND INHERENTLY RESPONSIBLE FOR THE CONTINUED PLACEMENT ON THESE SEARCH ENGINES AND MAINTAINING OF THESE WEBSITES AND IT IS CLEARLY THEIR INTENTIONS TO ALLOW IT TO REMAIN AND IT SHOULD NOT BE ALLOWED TO CONTINUE AND THE DEFENDANT HAVE BREACHED A CONTRACT THAT HAS BEEN AGREED TO UPON BY THEM TO BE DETAILED IN THE FUTURE FILINGS OF THE PLAINTIFF.

RELIEF SOUGHT

WHEREFORE, GRANT THE JUDGEMENT OF TWO HUNDRED MILLION DOLLARS IN FAVOR OF THE PLAINTIFF AGAINST THE DEFENDANTS FOR THEIR ACTIONS, CULPABILITY AND ACTIONS NAMED WITHIN THE COMPLAINT AND GRANT ANY FURTHER RELIEF THIS COURT DEEMS NECESSARY AND APPROPRIATE.

RESPECTFULLY YOURS,

MR. DERRICK LEE CARDELLO-SMITH
PRO SE PLAINTIFF
#267009-5-147B
MCF-2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

MR. DERRICK LEE CARDELLO-SMITH
#267009-5-147B
MCF-2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

JUNE 17, 2021

CLERK-U.S. DISTRICT COURT
231 W. LFAYETTE BLVD
DETROIT, MI 48226

RE: DERRICK LEE CARDELLO-SMITH V. GOOGLE, INC
NEW CASE FILING

DEAR CLERK:

ENCLOSED FOR FILING IN THE ABOVE CAUSE, THE FOLLOWING DOCUMENTS-
PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. 1983.
$[illegible]0.00 FILING FEE CHECK.

PLEASE ASSIGN A CASE NUMBER AND JUDGE TO THIS MATTER FOR THE CIVIL RIGHTS LAWSUIT FILED AGAINST THE NAMED DEFENDANTS.

RESPECTFULLY YOURS,

MR. DERRICK LEE CARDELLO-SMITH

MR. DERRICK LEE CARDELLO-SMITH
#267009-5-147B
MUSKEGON CORRECTIONAL FACILITY
2400 S. SHERIDAN DRIVE
MUSKEGON, MI 49442

GRAND RAPIDS MI 493
18 JUN 2021 PM 3 L

$ 000.71

6-17-21

CLERK-U.S. DISTRICT COURT
231 W. LAFAYETTE BLVD
DETROIT, MI 48226

RECEIVED
JUN 24 2021
CLERK'S OFFICE
DETROIT

pis

Wrong amount

48226-271839